### Ex parte J. C. CARTER.
### No. 14660.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Bob Calvert, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

The appeal is from an order of the judge of the district court of the Sixty-Sixth judicial district of Texas remanding appellant without bail, under an indictment charging him with rape.

Appellant has now filed an affidavit with this court advising that since the appeal he has been tried upon said indictment, the trial resulting in a conviction for the offense of aggravated assault, and, upon appeal from that conviction, he has been released upon a recognizance, and therefore he no longer desires to prosecute the appeal in the present case.

At his request the appeal is dismissed.

### Joe CASEY v. STATE.
### No. 14850.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

P. O. French, of Fairfield, and A. B. Geppert, of Teague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Ray CATCHINGS v. STATE.
### No. 14800.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

E. A. Wallace, of Cameron, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is possessing intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.